1
2
3
4
5
6
7
8

## United States District Court
## Central District of California

9
10
11

Teklehaimanot Tekeste Andemicael

No. 5:25-cv-02999-KK-MBK

12

        Petitioner,

13

    v.

**[Proposed] Order Appointing the Federal Public Defender**

14

Kristi Noem, et al.

15

        Respondents.

16
17
18

    GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY

19

ORDERED that the Office of the Federal Public Defender is appointed to

20

represent petitioner with respect to his Petition for Writ of Habeas

21

Corpus Under 28 U.S.C. § 2241. Petitioner shall also be permitted to

22

proceed in forma pauperis.

23
24

Dated:  11/10/2025

                             United States District Judge

25
26

CC: U.S. Federal Public Defender Officer