# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEKLEHAIMANOT TEKESTE ANDEMICAEL,<br><br>        Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>        Respondents. | Case No. 5:25-cv-02999-KK-MBK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Respondents did not file any objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that: (1) Judgment be entered GRANTING the petition, and (2) a writ of habeas corpus be issued requiring Petitioner's immediate release, subject to appropriate conditions under 8 U.S.C. § 1231(a)(3). It is further ORDERED that the parties shall file a joint status report no later than seven (7) days from the date of this Order confirming that Petitioner has been released from Respondents' custody. Failure to comply with this Order will result in sanctions.

DATE: February 20, 2026    _____
HON. KENLY KIYA KATO
U.S. DISTRICT JUDGE