JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

TEKLEHAIMANOT TEKESTE ANDEMICAEL,

           Petitioner,

       v.

KRISTI NOEM, et al.,

           Respondents.

Case No. 5:25-cv-02999-KK-MBK

JUDGMENT

     Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

     IT IS ADJUDGED that the petition is GRANTED.

DATE: February 20, 2026

                    HON. KENLY KIYA KATO
                    U.S. DISTRICT JUDGE